IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lungu, Liviu

Printed: 2/12/08

Case Number: 04 B 37012
Judge: Wedoff, Eugene R
Filed: 10/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 27, 2007
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,587.47 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 218.53 |
| Other Funds: |  | 0.00 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,394.00 | 2,394.00 |
| 2. | Peoples Energy Corp | Unsecured | 301.39 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 2,799.50 | 1,587.47 |
| 4. | Cecylia Potoczak | Unsecured |  | No Claim Filed |
| 5. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 8. | Alicja Plonka | Unsecured |  | No Claim Filed |
| 9. | Swedish Covenant Hospital | Unsecured |  | No Claim Filed |
|   |   |   | $ 5,494.89 | $ 3,981.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 26.07 |
| 4% | 9.37 |
| 3% | 6.15 |
| 5.5% | 39.29 |
| 5% | 11.84 |
| 4.8% | 22.69 |
| 5.4% | 103.12 |
|  | $ 218.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lungu, Liviu | Case Number:  04 B 37012 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/12/08 | Filed:  10/6/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____